UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES H. WEBB,

    Plaintiff,

v.

JO ANNE B. BARNHART, COMMISSIONER
SOCIAL SECURITY,

    Defendant.

FILED
Oct 30  4 11 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CIVIL NO. 3:02CV1716 (JBA)

October 29, 2003

## DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE

The Court may dismiss an action for failure to prosecute either sua sponte or on the motion of a party in order to "achieve the orderly and expeditious disposition of cases." Link v. Wabash Railroad Co., 370 U.S. 626, 630-632 (1962). Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, by and through undersigned counsel and pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, hereby moves the Court for an order dismissing the claim of plaintiff, James H. Webb, for failure to prosecute. In support of this Motion the defendant respectfully represents the following.

    1.    On September 24, 2002, plaintiff filed his Complaint in this case.

    2.    On March 25, 2003, the defendant filed an Answer.

    3.    On April 2, 2003 an Unopposed Motion for Scheduling Order [Document 9] was filed with the court stating that Mr. Webb, the plaintiff, herein, would file a dispositive motion by May 30, 2003 and defendant would file by June 30, 2003. On April 7, 2003, this Court entered an endorsement order entering the scheduling order deadlines as an order of the court.

    4.    On June 9, 2003, defendant filed a Motion to Amend Scheduling Order after receiving correspondence from Mr. Webb, indicating that he was in the process of contacting an attorney to represent him in this matter.

5. On June 16, 2003, this Court entered an endorsement order granting the Motion to Amend Scheduling Order stating that: (a) plaintiff was required to file a dispositive motion and supporting memorandum by August 15, 2003; (b) defendant would be required to file a dispositive motion and supporting memorandum of law by September 15, 2003; and (c) if plaintiff did not file a motion and supporting memorandum of law by August 15, 2003, the case would be dismissed for failure to prosecute.

6. It has been at least two months since defendant has received any communication from plaintiff who has taken no further action in resolving this case. Defendant, therefore, moves that this case be dismissed for failure to prosecute.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ANN M. NEVINS
ASSISTANT UNITED STATES ATTORNEY
915 LAFAYETTE BLVD., ROOM 309
BRIDGEPORT, CT 06604
Phone: (203) 696-3000
Fax: (203) 579-5575
E-mail: Ann.Nevins@usdoj.gov
FEDERAL BAR NO. CT06484

## CERTIFICATE OF SERVICE

I hereby certify that the within and foregoing Defendant's Motion to Dismiss for Failure to Prosecute has been mailed, postage prepaid, this 29th day of October, 2003 to:

James H. Webb, *Pro se plaintiff*
40 Crest Street, #16
West Haven, CT 06516

ANN M. NEVINS
ASSISTANT UNITED STATES ATTORNEY