UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ORDER ON PRETRIAL DEADLINES
SOCIAL SECURITY APPEALS ONLY

FILED
Oct 29  3 08 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

<u>Civil Action Number: 3:02cv1716 (JBA)</u>

1. All dispositive motions, (Remand to Commissioner, Reverse Decision of Commissioner, Summary Judgment and Dismiss) shall be filed by 11/28/03.

2. Opposition shall be filed by 12/19/03; any reply shall be filed by 12/26/03.

In any pleading or legal memorandum filed, a copy of any opinion or decision cited which is not in the U.S. Reports, Federal Reporter, Federal Supplement or Connecticut Reporters, and any statute, ordinance or regulation cited other than U.S. Code or Connecticut General Statutes, shall be provided to the court.

A copy of this Order shall be served by the plaintiff on defendant in this Social Security Appeal.

IT IS SO ORDERED.

KEVIN ROWE, CLERK OF THE COURT

Dated at New Haven, Connecticut:   <u>October 29, 2003</u>