UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 6  11 26 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| JAMES H. WEBB | : | |
| v. | : | NO. 3:02cv1716 (JBA) |
| HHS | : | |

### ORDER OF NOTICE TO PRO SE LITIGANT

On October 30, 2003, Defendant Commissioner Social Security filed its Motion to Dismiss [doc. #12]. Plaintiff's Opposition is due **November 24, 2003**.

The Court hereby gives notice to the pro se plaintiff James H. Webb that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion[s] except where the pleadings provide sufficient grounds to deny the motion," D. Conn. L. Civ. R. 9(a), and that if Mr. Webb fails to file any opposition to the Motion to Dismiss on or before **November 24, 2003**, or fails to obtain an extension of time for filing opposition, Defendant's Motion to Dismiss may be granted at that time.

If granted, the plaintiff's Complaint will be dismissed and this matter will be closed.

IT IS SO ORDERED.

JANET BOND ARTERTON, U.S.D.J.

Dated at New Haven, Connecticut: **November 05, 2003**