UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JAMES H. WEBB**              :

**v.**                         :   **NO. 3:02cv1716 (JBA)**

**HHS**                        :

### ORDER OF DISMISSAL

Pursuant to D. Conn. L. Civ. R. 9(a), on November 06, 2003 Order of Notice to Pro Se Litigant was sent to plaintiff James H. Webb.  The Order of Notice stated that plaintiff's failure to respond to Defendant's Motion to Dismiss [doc. #12] on or before November 24, 2003 may result in the granting of defendant's motion except where the pleadings provide sufficient grounds to deny the motion, and dismissal of this case.  As of December 01, 2003, Mr. Webb has neither filed a responsive pleading nor moved for extension of time, and it is therefore

ORDERED that Defendant's Motion to Dismiss for Failure to Prosecute [doc. #12] is GRANTED, and plaintiff's Complaint is dismissed without prejudice.

The Clerk is directed to close this case.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **December 11, 2003**