UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES H. WEBB | : | |
| vs. | : | CIVIL NO: 3:02CV1716 JBA |
| COMMISSIONER OF SOCIAL SECURITY | : | |

### JUDGMENT

This action came on for consideration before the Honorable Janet Bond Arterton, United States District Judge, on defendant's motion to dismiss.

The Court having considered all of the papers filed in conjunction with the motion, entered a Order of Dismissal on December 12, 2003, granting defendant's motion to dismiss, and plaintiff's complaint is dismissed without prejudice

It is hereby ORDERED and ADJUDGED that judgment is entered in favor of the defendant and the case is closed.

Dated at New Haven, Connecticut, this 15th day of December, 2003.

KEVIN F. ROWE, CLERK

EOD_____

BY __/s/_____
    Betty J. Torday
    Deputy Clerk